**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:18CR040 |
| Plaintiff, | : | Judge Thomas M. Rose |
| v. | : | |
| MICHAEL LEE BOWMAN JR., | : | |
| Defendant. | : | |

## FINAL ORDER OF FORFEITURE OF PROPERTY

WHEREAS, on August 1, 2018, this Court entered a Preliminary Order of Forfeiture (Doc. 35) ordering the forfeiture, pursuant to 18 U.S.C. §§ 2253(a)(1) and (3), of the following property (hereinafter "Subject Property"):

   a. Samsung cellular telephone, Model SM-S765C, #268435463203489261, FCCID A3LSMS765C;
   b. ZTE cellular telephone, Model Z832, SN: 328C7480084B; and
   c. Coolpad cellular telephone, Model Coolpad 3320A, IMEI 867441024019547.

WHEREAS, the United States published notice of this forfeiture action and the intent of the United States to dispose of the Subject Property in accordance with law, and further notified all potential claimants of their right to petition the Court for a hearing to adjudicate the validity of their alleged interest in the Subject Property, beginning on August 2, 2018, continuing for at least thirty (30) consecutive days, on the www.forfeiture.gov website (Doc. 40); and

WHEREAS, the United States sent direct written notice of the Preliminary Order of Forfeiture to all persons who reasonably appeared to be a potential claimant with standing to contest the forfeiture of the Subject Property in the ancillary proceeding (Doc. 41); and

WHEREAS, no timely petition has been filed to the Subject Property; and

WHEREAS, the Defendant was sentenced and a Judgment was issued on August 31, 2018, ordering the forfeiture of the Subject Property (Doc. 38); and

WHEREAS, the Court finds that the Defendant had an interest in the Subject Property; the United States has established the requisite nexus between the property and the offense; and the United States has established that the property is subject to forfeiture pursuant to 18 U.S.C. §§ 2253(a)(1) and (3);

NOW THEREFORE, IT IS HEREBY, ORDERED, ADJUDGED AND DECREED that the Preliminary Order of Forfeiture entered in this action on August 1, 2018 (Doc. 35), ordering the forfeiture, pursuant to 18 U.S.C. §§ 2253(a)(1) and (3), of the Subject Property is final; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the Subject Property is hereby condemned, forfeited and vested in the United States of America and the United States has clear title to the Subject Property; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the custodian is hereby authorized to dispose of the Subject Property in accordance with the law; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Final Order of Forfeiture.

SO ORDERED:

Dated: 10/24/2018 \*s/Thomas M. Rose

                                                                   THOMAS M. ROSE
                                                                   UNITED STATES DISTRICT JUDGE